IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE: ARKANSAS SAFE FOODS  )
PATENT INFRINGEMENT         ) MISC. NO. 3:22-mc-3993-ECM
LITIGATION                  )

**O R D E R**

On December 8, 2022, the Magistrate Judge entered a Recommendation (doc. 15) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and the motion to quash (doc. 1) is GRANTED.

The Clerk of the Court is DIRECTED to close this case.

DONE this 4th day January, 2023.

                                            /s/ Emily C. Marks
                                            EMILY C. MARKS
                                            CHIEF UNITED STATES DISTRICT JUDGE